NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

03-700

STATE OF LOUISIANA

VERSUS

JERRY WAYNE NELSON

**********
APPEAL FROM THE
TENTH JUDICIAL DISTRICT COURT
PARISH OF NATCHITOCHES, NO. 3188
HONORABLE W. PEYTON CUNNINGHAM, JR., DISTRICT JUDGE
**********

GLENN B. GREMILLION
JUDGE

**********

Court composed of Sylvia R. Cooks, Oswald A. Decuir, and Glenn B. Gremillion, Judges.

AFFIRMED.

Van Hardin Kyzar
District Attorney
10th Judicial District Court
P. O. Box 838
Natchitoches, LA 71458-0838
(318) 357-2214
Counsel for Plaintiff/Appellee
    State of Louisiana

**Robert Stuart Wright**
**Asst. District Attorney**
**P.O. Box 1156**
**Natchitoches, LA 71458-1156**
**(318) 352-9950**
**Counsel for Plaintiff/Appellee**
        **State of Louisiana**

**Edward Kelly Bauman**
**Louisiana Appellate Project**
**P. O. Box 1641**
**Lake Charles, LA 70602-1641**
**(337) 491-0570**
**Counsel for Defendant/Appellant**
        **Jerry Wayne Nelson**

**Jerry Wayne Nelson**
**W.C.D.C.  - D1#48**
**P. O. Box 307**
**Epps, LA 71237**
        **In Proper Person**